No. 261.   ROBINSON *v.* RAGEN, WARDEN.   October 14, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 263.   RANDALL *v.* GEORGIA.   October 14, 1946. Petition for writ of certiorari to the Court of Appeals of Georgia denied.   *G. Ernest Jones* for petitioner.

No. 278.   BUTZ *v.* SEARCY, CLERK OF COURT.   October 14, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 281.   MCKAY *v.* NEVADA ET AL.   October 14, 1946. Petition for writ of certiorari to the Supreme Court of Nevada denied.   *Norman H. Samuelson* for petitioner. *Gray Mashburn* for respondents.

No. 282.   MASON *v.* NEW YORK.   October 14, 1946. Petition for writ of certiorari to the Court of General Sessions, County of New York, New York, denied.

No. 283.   FERGUSON *v.* RAGEN, WARDEN.   October 14, 1946.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 284.   MILLER *v.* KANSAS.   October 14, 1946.   Petition for writ of certiorari to the Supreme Court of Kansas denied.